# Court of Appeals
# of the State of Georgia

ATLANTA,  January 21, 2015

*The Court of Appeals hereby passes the following order:*

**A15E0018.  WELCH v. NORTHWEST GEORGIA HOUSING AUTHORITY.**

On January 15, 2015, William Guy Welch filed a "Motion for Emergency Supersedeas" in which he asks this Court to issue "immediate supersedeas" of an order of real property condemnation entered by the Superior Court of Floyd County on January 3, 2014. Previously, Welch filed an application for discretionary appeal to challenge the condemnation order, which this Court dismissed for lack of jurisdiction in a December 3, 2014 order.  See *Welch v. Northwest Georgia Housing Auth.*, Case No. A15D0144 (Dec. 3, 2014).  At some point, on a date not revealed by the record currently before us, it appears Welch then filed a motion for an interlocutory injunction to prevent "any construction activities on the property at issue pending trial and appeallate review of the legality of [the Housing Authority's] condemnation[.]" The Superior Court denied Welch's motion in a December 30, 2014 order, and Welch filed a notice of appeal to this Court on January 15, 2015 contemporaneously with the filing of the present motion in this Court.

Rule 40(b) of this Court permits this Court, in the exercise of its inherent power, to "issue such orders or give such direction to the trial court as may be necessary to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot."  Welch's motion fails to demonstrate a necessity to preserve jurisdiction or to prevent any contested issue in this appeal from becoming moot.  To the latter point, the record confirms that a residence located on the property has already been removed and that the property has been cleared and graded for construction. Furthermore, it appears that the only issue remaining in the Superior Court is the value of Welch's property. Finally, Welch's motion essentially seeks

supersedeas of an order that is not before us on appeal, specifically, the January 3, 2014 order of condemnation rather than the December 30, 2014 order denying Welch's motion for interlocutory injunction. As a result, the present motion therefore appears to be but a further attempt to challenge the January 3, 2014 condemnation order. Accordingly, after careful consideration of Welch's motion, this Court is not inclined to exercise its inherent power or to award the relief sought by Welch.

Therefore, it is hereby ORDERED that Appellant William Guy Welch's January 15, 2015 "Motion for Emergency Supersedeas" is hereby DENIED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*   01/21/2015
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*